IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| CATHERINE ALLEN,<br><br>      Plaintiff,<br><br>    v.<br><br>CAMDEN COUNTY CORRECTIONAL FACILITY,<br><br>      Defendant. | Civil Action<br>No. 16-8787 (JBS-AMD)<br><br>**MEMORANDUM OPINION** |

**SIMANDLE, Chief District Judge**

    Plaintiff Catherine Allen seeks to bring this civil action *in forma pauperis* ("IFP"). IFP Application, Docket Entry 1-1.

    According to the application submitted by Plaintiff, Plaintiff earns $1,118 per month. *Id.* Plaintiff did not list any monthly expenditures in her application, therefore, it appears Plaintiff is able to pay the $350 filing fee and $50 administrative fee. Her application to proceed *in forma pauperis* is therefore denied. This matter shall be administratively terminated pending submission of the filing and administrative fees.

    An appropriate order follows.

| | |
|---|---|
| **March 16, 2017**<br>Date | **s/ Jerome B. Simandle**<br>JEROME B. SIMANDLE<br>Chief U.S. District Judge |